1510

## MOTION DOCKET

**95–170.** In re Adoption of Zschach. *Fairfield County,* Nos. 1994CA14 and 1994CA19. This cause is pending before the court as an appeal from the Court of Appeals for Fairfield County. Upon consideration of appellant's emergency motion for stay pending appeal,

IT IS ORDERED by the court that the motion for stay pending appeal be, and hereby is, granted, effective January 30, 1996.

COOK, J., dissents.

**95–1222.** Byrnes v. LCI Communication Holdings Co. *Franklin County,* Nos. 94APE09–1372 and 94APE09–1396. On motion for admission *pro hac vice* of Cathy Ventrell–Monsees by Russell Kelm. Motion granted.

**95–1430.** State v. Haught. *Summit County,* No. 16848. This cause was held for the decision in 94–2526, *State v. Pless* (1996), 74 Ohio St.3d 333, 658 N.E.2d 766, and the briefing schedule was stayed.

*Sua sponte,* the parties are to brief the issue whether "filed" means "time-stamped"; no oral argument is to be scheduled.

RESNICK and PFEIFER, JJ., dissent.

**95–1906.** State v. Knisely. *Huron County,* No. H–94–044. On motion for admission *pro hac vice.* Motion granted.

**95–2139.** Dayton Bar Assn. v. Overman. Upon consideration of respondent's motion to reschedule oral argument currently scheduled for February 6, 1996,

IT IS ORDERED by the court that the motion to reschedule oral argument be, and hereby is, denied, effective January 30, 1996.

**95–2441.** State v. Loesser. *Cuyahoga County,* No. 66762. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Journal Entry filed December 5, 1995: "The motion of the appellant to certify a conflict between this Court's decision and the judgment in *State v. Trivedi* (1982), 8 Ohio App.3d 412 [8 OBR 534, 457 N.E.2d 868], is hereby granted.

"The rule of law upon which this alleged conflict exists is whether the trial court, pursuant to R.C. 2951.02(B)(9) and R.C. 2951.02(C), has the authority to order restitution as a condition of probation as